AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEWAYNE MEADOWS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 3:21-047

TIMOTHY C. WARD, Commissioner; ANTOINE CALDWELL, Warden; EDGINALD GIBBONS, Deputy Warden Security; OFFICER O'NEAL; OFFICER POLLET; and, OFFICER WARD, JR.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 22, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is dismissed without prejudice for failure to state a claim upon which relief can be granted, and this civil action stands closed.

11/23/2021
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020